KENDALL BRILL & KELLY LLP
Alan Jay Weil (63153)
  ajweil@kbkfirm.com
Joshua W. Sussman (294695)
  jsussman@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Douglas A. Rettew (*pro hac vice* application forthcoming)
  doug.rettew@finnegan.com
Anna B. Naydonov (*pro hac vice* application forthcoming)
  anna.naydonov@finnegan.com
Margaret Esquenet *(pro hac vice* application forthcoming*)*
  margaret.esquenet@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone:  202.408.4000
Facsimile:  202.408.4400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BUDDY WEBSTER p/k/a BUDDY BLAZE,<br><br>Plaintiff,<br><br>v.<br><br>DEAN GUITARS; ARMADILLO ENTERPRISES, INC.; ARMADILLO DISTRIBUTION ENTERPRISES, INC.; ESTATE OF DIMEBAG DARRELL ABBOTT, an unknown entity; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-03027-JFW-MRW<br><br>**SUPPLEMENTAL JOINT STATEMENT RE: LOCAL RULE 7-3 CONFERENCE FOR MOTION TO TRANSFER AND TO DISMISS**<br><br>Judge:   Hon. John F. Walter |

On June 19, 2017, Plaintiff Buddy Webster p/k/a Buddy Blaze ("Plaintiff") and Defendants Dean Guitars, Armadillo Enterprises, Inc., Armadillo Distribution Enterprises, Inc. (collectively, the "Armadillo Defendants") and the Estate of Dimebag Darrell Abbott (the "Estate") (collectively, "Defendants") submitted a joint statement pursuant to Local Rule 7-3 and the Court's Standing Order (ECF # 9) regarding Defendants' anticipated motion to transfer the case to the U.S. District Court for the Middle District of Florida.

In the course of exchanging communications regarding the motion to transfer, Plaintiff's counsel produced to Defendants' counsel a 2007 email from the Armadillo Defendants' late CEO Elliott Rubinson. The email was sent to and received by Plaintiff and states:

> Hi Buddy
> Hope you are doing well and business is good. I bet the weather there is amazing. I have taken some time and spoken to several "people in the know" and *the consensus concerning Dime's graphic is that Dime's estate is the legal owner of it*. With that said, I still would like to work with you on a Dime project because I am not about making enemies but keeping friends.
> Rita and I have plans to do a relic Dean From Hell and would like you involved for a royalty. Is that of interest?
> Elliott

Defendants believe that this email shows that Plaintiff made a claim of ownership sometime before April 30, 2007 and Defendants rejected it. Consequently, Defendants believe that the statute of limitations on Plaintiff's claim has thus run, and Plaintiff's case is time-barred. *Seven Arts Filmed Entm't Limited v. Content Media Corp.*, 733 F.3d 1251 (9th Cir. 2013) (regardless of the form of the suit, if ownership is the gravamen of the dispute, the three-year statute of limitations accrues upon a clear and express repudiation of plaintiff's ownership).

1  On June 20, 2017, Defendants' counsel informed Plaintiff's counsel that
2  Defendants would bring a motion to dismiss on the ground that Plaintiff did not file
3  his lawsuit within 3 years of repudiation of his ownership of the asserted copyright.

4  On Wednesday, June 21, at 5:00 PM PST, Plaintiff's and Defendants' counsel
5  conducted a supplemental meet-and-confer regarding the potential motions to
6  transfer and to dismiss.

7  Alan Weil (lead counsel), Doug Rettew, Anna Naydonov, and Joshua
8  Sussman participated in the meet-and-confer for the Armadillo Defendants and the
9  Estate.

10  Eric Bjorgum participated in the meet-and-confer for Plaintiff.

11  The telephonic meet-and-confer lasted approximately 15 minutes.

12  Counsel for Defendants informed Plaintiff's counsel that Defendants intend to
13  file a motion to dismiss the case as barred by the statute of limitations and also, if
14  the case is not dismissed, to transfer it to the Middle District of Florida, Tampa
15  Division, for the convenience of the parties and witnesses and the interests of
16  justice.

17  Plaintiff's counsel reiterated that Plaintiff would oppose transferring the case
18  to the Middle District of Florida.  Plaintiff's counsel also stated that Plaintiff's
19  counsel would oppose the motion to dismiss because he believes the cases regarding
20  repudiation of copyright ownership are, in his view, inapplicable here.  Plaintiff's
21  counsel also said he would interpose evidentiary objections to the 2007 email
22  produced to Defendants.  Plaintiff's counsel further objected to using documents
23  outside of the pleadings for a motion under FRCP 12(b)(6).

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

314400.1                                    2                       Case No. 2:17-cv-03027-JFW-MRW
SUPP. JOINT STATEMENT RE: LOCAL RULE 7-3 CONFERENCE
FOR MOTION TO TRANSFER AND TO DISMISS

| | | |
|---|---|---|
| 1 | DATED: June 23, 2017 | KARISH & BJORGUM, PC |

By: /s/ Eric Bjorgum
Eric Bjorgum
*Attorney for Buddy Webster p/k/a Buddy Blaze*

DATED: June 23, 2017KENDALL BRILL & KELLY LLP

By: /s/ Alan Jay Weil
Alan Jay Weil
Joshua W. Sussman

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Douglas A. Rettew
Anna B. Naydonov
Margaret Esquenet
*(pro hac vice applications forthcoming)*

*Attorneys for Defendants*

314400.13Case No. 2:17-cv-03027-JFW-MRW
SUPP. JOINT STATEMENT RE: LOCAL RULE 7-3 CONFERENCE
FOR MOTION TO TRANSFER AND TO DISMISS